No. 95–1690.   VILLAGER POND, INC. *v.* TOWN OF DARIEN ET AL. C. A. 2d Cir.   Certiorari denied.

No. 95–1693.   PORTILLO ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 95–1698.   GEORGOULIS *v.* UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–1709.   TEMPLETON COAL CO., INC., ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and

No. 95–1751.   DAVON, INC. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 7th Cir.   Certiorari denied.   Reported below: 75 F. 3d 1114.

No. 95–1711.   ALLDERS INTERNATIONAL (SHIPS) LTD. ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–1725.   GOLDEN GATE HOTEL ASSN. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95–1727.   CAJUN ELECTRIC POWER COOPERATIVE, INC. *v.* CENTRAL LOUISIANA ELECTRIC CO., INC., ET AL.   C. A. 5th Cir. Certiorari denied.

No. 95–1742.   DOE *v.* SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 95–1743.   HILL ET AL. *v.* CLIFTON.   C. A. 11th Cir.   Certiorari denied.

No. 95–1744.   HYUNDAI MERCHANT MARINE CO., LTD., ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 95–1746.   LONGSHORE *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.

No. 95–1749.   HEIL *v.* LEBOW ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 95–1756.   TOSHIBA AMERICA MEDICAL SYSTEMS, INC. *v.* OEC MEDICAL SYSTEMS, INC.   Ct. App. Cal., 1st App. Dist. Certiorari denied.